**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MITCHELL WASHINGTON, Individually, and**
**As Personal Representative on Behalf of the Wrongful**
**Death Beneficiaries of the Estate of DEMETRIOS**
**DESHUN WASHINGTON, Deceased**                                    **PLAINTIFF**

v.                                                      **CIVIL ACTION NO. 3:25-cv-698-DPJ-ASH**

**MANAGEMENT & TRAINING CORPORATION ("MTC"),**
**LISA EVERETT, Individual Capacity as Officer at East Mississippi**
**Correctional Facility ("EMCF"); JOHN AND JANE DOES 1-100**        **DEFENDANTS**

---

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW UNOPPOSED MOTION TO**
**AMEND**
**PLAINTIFF'S INITIAL COMPLAINT [DOC. NO. 28]**

---

The Plaintiff, Mitchell Washington, by and through undersigned counsel, and pursuant to the inherent authority of this Court and the Federal Rules of Civil Procedure, and respectfully moves this Court to permit the withdrawal of Plaintiff's Unopposed Motion to Amend Plaintiff's Initial Complaint [Doc. No. 28], filed on May 28, 2026, and in support thereof states as follows:

1.      On May 28, 2026, Plaintiff filed an Unopposed Motion to Amend Plaintiff's Initial Complaint [Doc. No. 28], seeking leave of Court pursuant to Fed. R. Civ. P. 15(a)(2) to file a First Amended Complaint adding Lisa Everett, in her Individual Capacity as Correctional Officer at East Mississippi Correctional Facility ("EMCF"), as a named Defendant.

2.      Plaintiff hereby moves to withdraw Doc. No. 28 without prejudice to Plaintiff's right to refile a motion to amend at a later date.

3.      No party will be prejudiced by the withdrawal of Doc. No. 22, as the Court has not yet ruled upon the motion, and the case remains in its early stages. The Defendant, MTC, has no objection.

4.      This motion is not filed for purposes of delay, but rather so that justice may be served. Plaintiff respectfully requests that this Court enter an Order permitting the withdrawal of Plaintiff's Unopposed Motion to Amend Plaintiff's Initial Complaint [Doc. No. 28], without prejudice.

RESPECTFULLY SUBMITTED, THIS the  5th day of June, 2026.

**MITCHELL WASHINGTON**

BY: **/s/_Charles R. Mullins_____**
      CHARLES R. MULLINS

CHARLES R. MULLINS (MB# 9821)
**MULLINS LAW FIRM**
1146 Lyncrest Avenue
Jackson, Mississippi 39202
(P): 601-672-1332
chuck@chuckmullinslaw.com
Attorneys for Plaintiff

MERRIDA (BUDDY) COXWELL (MB# 7782)
COURTNEY D. SANDERS (MB# 106444)
**COXWELL & ASSOCIATES, PLLC**
500 North State Street
Jackson, Mississippi 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
merridac@coxwelllaw.com
courtneys@coxwelllaw.com

## **CERTIFICATE OF SERVICE**

I, Charles R. Mullins, Attorney for Plaintiff Mitchell Washington, hereby certify that on this day, I electronically filed the foregoing with the Clerk of this Court using the ECF system which sent notification of such filing to all parties of interest.

THIS the 5th day of June, 2026.


/s/ ***Charles R. Mullins***
CHARLES R. MULLINS